USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2025

15CHIESA SHAHINIAN & GIANTOMASI PC
Melissa A. Salimbene, Esq.
Abigail Remore, Esq.
11 Times Square, 34th Floor
New York, New York 10036
msalimbene@csglaw.com
973.530.2092
*Attorneys for Plaintiffs*
*MSG Sports, LLC,*
*New York Knicks, LLC, and*
*New York Rangers, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MSG SPORTS, LLC, NEW YORK KNICKS, LLC, and NEW YORK RANGERS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100,<br><br>Defendants. | Case No. 1:24-cv-09167-MMG<br><br>**ORDER DIRECTING RELEASE OF FUNDS** |

This matter having been opened to the Court by way of Order to Show Cause on behalf plaintiffs MSG Sports, LLC, New York Knicks, LLC, and New York Rangers, LLC (collectively "Plaintiffs") by and through their counsel, Chiesa Shahinian Giantomasi PC, and this Court having entered an order of preliminary injunction and order of seizure on February 13, 2025, and the matter having been disposed of by the Court pursuant to Plaintiffs having filed a voluntary dismissal of this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and no defendants having appeared by answer or otherwise, and good cause appearing.

It is on this ___1___ day of ___July___ 2025;

**ORDERED** that the funds in the amount of $25,000 paid into the United States District Court for the Southern District of New York on December 5, 2024 by plaintiff MSG Sports, LLC as security for an injunction pursuant to the Court's December 4, 2024 Order shall be released to MSG Sports, LLC, ~~plus interest that may have accrued (if any).~~

**IT IS FURTHER ORDERED** that the Clerk is directed to issue a check payable to "MSG Sports, LLC" in the amount of $25,000, ~~plus interest that may have accrued (if any),~~ and to mail that check to Plaintiffs' counsel, Melissa A. Salimbene, Esq., Chiesa Shahinian Giantomasi PC, 11 Times Square, 34th Floor, New York, New York 10036.

**IT IS FURTHER ORDERED** that Plaintiffs are authorized to destroy or otherwise dispose of all infringing merchandise seized pursuant to the Orders of the Court issued on December 4, 2024 and February 13, 2025 in this matter.

_____
HON. MARGARET M. GARNETT, U.S.D.J.

Dated:  New York, New York
        July 1, 2025